UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DORADOR-MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC INC.; DO CARINI, <br><br> Defendants. | Case No.:  18-CV-534-CAB-BGS <br><br> **ORDER RE MOTION TO EXTEND REPLY DEADLINE** <br><br> [Doc. No. 50] |

Upon consideration of Defendants' unopposed motion to extend reply deadlines, and for good cause appearing, Defendants' motion is hereby **GRANTED**.  Defendants have until **April 29, 2019**, to file their Reply in Support of Defendants' Motion for Summary Judgment and Reply in Support of Defendants' Motion to Exclude.

It is **SO ORDERED**.

Dated:  April 22, 2019

Hon. Cathy Ann Bencivengo
United States District Judge

1

18-CV-534-CAB-BGS