**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| Manuel Dorador-Martinez, | NO. 3:18-cv-00534-CAB-BGS |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXCUSE PERSONAL APPEARANCE AT THE SETTLEMENT CONFERENCE** |
| v. | |
| CoreCivic, Inc. formerly known as Corrections Corporation of America (CCA); DO Carini, in his individual and official capacities; and DOES 1-30, inclusive, | [ECF 58] |
| Defendants. | |

Before the Court is the parties' Joint Motion to Excuse Personal Appearances of Defendant Carini and Plaintiff Dorador-Martinez at the June 26, 2019 Mandatory Settlement Conference.  (ECF 58.)  The parties' Joint Motion is **GRANTED**.  Both parties must be available to be easily and quickly contacted during the entirety of the conference.

**IT IS SO ORDERED.**

Dated:  June 13, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge