

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DORADOR-MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC INC.; DO CARINI, <br><br> Defendants. | Case No.:  18-CV-534-CAB-BGS <br><br> **FINDINGS RE: FOREIGN NATIONAL PLAINTIFF AND WITNESS** |

The Court makes the following findings:

1. Plaintiff Manuel Dorador-Martinez and witnesses Alexis Lopez-Moreno and Raul Bernal-Perez are foreign nationals and citizens of Mexico.

2. Trial in Plaintiff Dorador-Martinez's case is set to begin on August 12, 2019, at 8:45 a.m.

3. Plaintiff Dorador-Martinez and witnesses Lopez-Moreno and Bernal-Perez have evidence to provide in this matter.

4. The testimony will take no longer than one day and at the completion of their testimony, they will return to the Port of Entry for release back into Mexico.

18-CV-534-CAB-BGS

5.  Plaintiff will seek subpoenas for Dorador-Martinez, Lopez-Moreno, and Bernal-Perez.  Plaintiff will bear the costs of the subpoenas.

Dated:  July 3, 2019

_____

Hon. Cathy Ann Bencivengo
United States District Judge

18-CV-534-CAB-BGS