**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Dorador-Martinez v. Corecivic Inc.; Do Carini**   Case Number: **18-cv-534-CAB-BGS**

Hon. Cathy Ann  Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape:  n/a

In light of the telephonic status conference with the parties it is hereby **ORDERED** that all pending deadlines and hearing dates are vacated.  Defendants shall file a renewed motion for summary judgment by **August 2, 2019**.  Plaintiff shall file its opposition by **August 16, 2019** and Defendants shall file a reply by **August 23, 2019**.  It is **SO ORDERED**.

 Date:  July 19, 2019                                                                                    Initials:  ZZ