UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DORADOR-MARTINEZ, | Case No.:  18-CV-534-CAB-BGS |
| Plaintiff, | |
| v. | **ORDER ON MOTION FOR ORAL ARGUMENT ON RENEWED MOTION FOR SUMMARY JUDGMENT** |
| CORECIVIC INC.; DO CARINI, | |
| Defendants. | |
| | [Doc. No. 84] |

Upon consideration of Defendants' unopposed motion for oral argument on their renewed motion for summary judgment, Defendants' motion is hereby **GRANTED**.  It is hereby **ORDERED** that a hearing on the renewed motion for summary judgment is set for **September 4, 2019**, at **10:00 a.m.** in Courtroom 4C.

It is **SO ORDERED**.

Dated:  August 19, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

18-CV-534-CAB-BGS