UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MANUEL DORADOR-MARTINEZ,

Plaintiff,

v.

CORECIVIC INC.; DO CARINI,

Defendants.

Case No.:  18-CV-534-CAB-BGS

**ORDER ON MOTION TO VACATE OR CONTINUE ORAL ARGUMENT**

[Doc. No. 88]

Upon consideration of Defendants' motion to vacate or continue oral argument on their renewed motion for summary judgment, Defendants' motion is hereby **GRANTED in part**.  It is hereby **ORDERED** that the hearing on the renewed motion for summary judgment is continued to **September 10, 2019**, at **10:00 a.m.** in Courtroom 4C.

It is **SO ORDERED**.

Dated:  August 20, 2019

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

18-CV-534-CAB-BGS