## MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Dorador-Martinez v. Corecivic Inc.; Do Carini**          Case Number: **18-cv-534-CAB-BGS**

Hon. Cathy Ann  Bencivengo          Ct. Deputy Lori Hernandez          Rptr Tape:  n/a

In light of the Defendants' unopposed motion to continue the motions in limine hearing [Doc. No. 92], it is hearby **ORDERED** that the motion is **GRANTED in part.**  The motions in limine hearing is hereby continued to **October 11, 2019, at 2:00 p.m.**  It is **SO ORDERED**.

 Date:  September 6, 2019                                                                 Initials:  ZZ