UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DORADOR-MARTINEZ,<br><br>                                Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>                                Defendant. | Case No.:  18CV534 CAB (BGS)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Pursuant to the Court's October 25, 2019 Order, (ECF 104), the parties filed a Joint Notice of Settlement confirming the settlement reached in this case.  (ECF 105.) Accordingly, **IT IS HEREBY ORDERED**:

1.    A Joint Motion to Dismiss must be electronically filed on or before **November 25, 2019**.[1]  On the same day the Joint Motion to Dismiss is filed, the proposed order for dismissal, for the signature of the Honorable Cathy Ann Bencivengo, must be emailed to Judge Skomal's chambers at efile_skomal@casd.uscourts.gov.[2]

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

1

18CV534 CAB (BGS)

2.     If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **November 25, 2019**, then a Settlement Disposition Conference will be held on **December 3, 2019**, at **10:00 AM** before Judge Skomal.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and coordinate the conference call.

3.     If a Joint Motion to Dismiss and proposed order for dismissal are received on or before **November 25, 2019**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated:  October 28, 2019

Hon. Bernard G. Skomal
United States Magistrate Judge

18CV534 CAB (BGS)