UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL DORADOR-MARTINEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>CORECIVIC INC.; DO CARINI,<br><br>                                    Defendants. | Case No.:  18-CV-534-CAB-BGS<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 108] |

    Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

    It is **SO ORDERED**.

Dated:  November 6, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

18-CV-534-CAB-BGS